# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **YANNELLE DIAZ** | **HEARING MINUTES** <br> **ARRAIGNMENT** <br><br> Case No. 22-CR-249 |

HONORABLE JAMES R. SICKEL presiding  Time Called: 11:35 a.m.
Proceeding Held: December 8, 2022  Time Concluded: 11:48 a.m.
Deputy Clerk: Kyle  Tape: Zoom 120822

**Appearances:**

UNITED STATES OF AMERICA by:   Timothy W. Funnell

YANNELLE DIAZ by:   Thomas E. Phillip

US PROBATION OFFICE by:   Brian Koehler

☒ Defendant consents to appear and proceed by video conference from Taycheedah Correctional Institutional.

☒ Original Indictment   ☐ Superseding Indictment   ☒ Felony   ☐ Misdemeanor

| | | | |
|---|---|---|---|
| Speedy Trial Date: | **2/16/2023** | Trial Estimate: | **3 days** |
| Final Pretrial Date: | **2/2/2023 at 1:30 p.m.** | Motions Due: | **12/23/2022** |
| Jury Trial Date: | **2/13/2023 at 8:30 a.m.** | Responses Due: | **1/3/2023** |
| District Judge: | **William C. Griesbach** | Replies Due: | **1/9/2023** |
| Magistrate Judge: | **William E. Duffin** | | |

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of indictment received by defendant
  ☒ indictment read; or ☒ reading waived
☒ Not guilty plea entered by: ☒ defendant ☐ court

☒ Defendant advised of maximum penalties
☒ Expanded discovery policy applies
☒ Government to disclose GJ materials one day prior to trial

The Court orders that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒ Court orders federal detainer.

Maximum Penalties: Count 4 – SENT: 15 years; SR: 3 years; Fine: $5,000,000.00; SA: $100.00.

Attorney Scott Stebbins is appointed to represent the defendant.